**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Javier Francisco PEREZ,**
**Defendant–Appellant.**

**No. 14–10611**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office Dallas, TX, for Plaintiff–Appellee.

Lydia M. Brandt, Esq., Brandt Law Firm, P.C., Richardson, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Javier Francisco Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Perez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.